**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BANCORPSOUTH BANK, AS ESCROW AGENT**            **PLAINTIFF**

**V.**           **NO.3:05-cv-0009-MPM-JAD**

**ADVANCED PLASTICS, INC., ET AL**           **DEFENDANTS**

### ANSWER OF ADVANCED PLASTICS, INC. TO COMPLAINT FOR INTERPLEADER

FIRST DEFENSE

The Complaint for Interpleader fails to state a claim upon which relief can be granted as to this Defendant because this Defendant makes no claim to the interpled funds.

SECOND DEFENSE

Answering paragraph by paragraph this Defendant would show:

Defendant Advanced Plastics, Inc. files its answer to Complaint for Interpleader as follows:

1.     This Defendant admits the allegations of paragraphs 1, 2, and 139-149 of the Complaint for Interpleader.

2.     This Defendant is without knowledge or information sufficient to admit or deny the truthfulness of the allegations contained in paragraphs 3-138 of the Complaint for Interpleader.

3.     This Defendant admits the allegations contained in the last unnumbered paragraph of the Complaint for Interpleader beginning "WHEREFORE" accept to deny that the Plaintiff is

entitled to any costs, expenses, or attorney's fees out of the amount tendered into the registry of the Court.

RESPECTFULLY SUBMITTED, this the 10th day of March, 2005.

          **ADVANCED PLASTICS, INC.,**
          **Defendant**


          **By:** s/William C. Murphree
              **ALBERT G. DELGADILLO,**
              **MISSISSIPPI BAR #6035**
              **WILLIAM C. MURPHREE,**
              **MISSISSIPPI BAR #3661**

**OF COUNSEL:**

**MITCHELL, McNUTT & SAMS, P.A.**
**ATTORNEYS AT LAW**
**105 SOUTH FRONT STREET**
**POST OFFICE BOX 7120**
**TUPELO, MISSISSIPPI 38802-7120**
**(662) 842-3871**

689255

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the above and foregoing was served by deposit in United States mail, postage prepaid, on March 10th, 2005, addressed to: J. David Hall, RILEY, CALDWELL, CORK & ALVIS, P.A., 207 Court Street, P.O. Box 1836, Tupelo, MS 38802-1836, Attorney for Plaintiff and the following Defendants:

Frederick Natale Salvo, III, Esq.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Boswell Industries
P.O. Box 128
Magee, MS 39111

Concept Mold, Inc.
569 Highway 6 West
Batesville, MS 38606

FedEx Freight East
P.O. Box 840
Harrison, AR 72602-0840

Franklin Electro Fluid Co.
3854 Watman
Memphis, TN 38118

Hoerner Boxex, Inc.
P.O. Box 2382
Tupelo, MS 38803

Dennis S. Peters, Esq.
Henley, Lotterhost & Henley
P.O. Box 389
Jackson, MS 39205

Gary L. Carnathan, Esq.
Carnathan & Malski
P.O. Drawer 70
Tupelo, MS 38802

David Looney
d/b/a Dave's Lawn Service
226 Treeside Drive
Mooreville, MS 38857

Engel Machinery, Inc.
3740 Board Road
York, PA 17404

Ferro Corp.
1000 Lakeside Avenue
Cleveland, OH 44114

Great Southern Industries, Inc.
c/o Joe Russell, Jr.
1320 Boling Street
Jackson, MS 39209

IMS Company
10373 Stafford Road
Chagrin Falls, OH 44023-5296

Bearing & Supply of Tupelo
837 Senter
Tupelo, MS 38801

Colors for Plastic, Inc.
2245 Pratt Blvd.
Elk Grove Village, IL 60007

Dow Chemical
2030 Willard H. Dow Center
Midland, MI 48674

George E. Dent, Esq.
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Filtroil
1147 River Road, Suite 2
Charlottesville, VA 222901

Henson Distributing Corp.
P.O. Box 999\
New Albany, MS 38652-0999

James Bennett
Industrial Machine & Fabrication
P.O Box 181242
Memphis, TN 38118-1242

689255

Scott P. Zoppoth, Esq.
1800 Kentucky Home Life Building
239 S. 5th Street
Louisville, KY 40202

The Matrix Group
15000 Highway 41 North
Evansville, TN 47725

McNeely Plastic Products
1111 Clinton Industrial Grive
Clinton, MS 39056

Midland Container
100 Willie Drive
Pearl, MS 39208

Modern Personnel Services
P.O. Box 219
Olney, IL 62450

Monts Company
P.O. Box 647
Tupelo, MS 38802

Newell Paper Company
P.O. Box 1278
Columbus, MS 39703

New South Polymers
5591 Chamblee Dunwoody Road, Bldg 100, Suite 220
Dunwoody, GA 30338

Thomas D. Maxson, Esq.
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

NYPLA Industrial Company
13875 East Live Oak Avenue
Irwindale, CA 91706

Omni Plastics
515 W. Tennessee Street
Evansville, IN 47710

Lauri Hays Prather, Esq.
Martin, Tate, Morrow & Marston
6410 Poplar Avenue, Ste. 1000
Memphis, TN 38119-4843

Penske Truck Leasing
P.O. Box 301
Reading, PA 19603

Plastic Process Equipment
8303 Corporate Park Drive
Macedonia, OH 44056

Polyone Distribution Co.
909 Avenue South
Grand Prairie, TX 75050

Prime Source
a/k/a Prime Source Bldg. Products
2115 E. Beltline Road
Carrollton, TX 75006

Simmons & Taylor Appliance & Antiques
P.O. Box 136
Sherman, MS 38869

Advanced Processing Systems, Inc.
Corporation Service Company
2711 Centerville Rd., #400
Wilmington, DE 19808

Sojitz Corporation of America
1211 Avenue of the Americas
New York, NY 10036

Southern Components, Inc.
d/b/a Fibre Craft
P.O. Box 2365
Tupelo, MS 38803-2365

Sun Plastech, Inc.
P.O. Box 6387
Parsippany, NJ 07054

TEKNOR Color Company
a/k/a TEKNOR Apex Company
505 Central Avenue
Pawtucket, RI 02861

Thermal-Tech Systems, Inc.
750 Hawthorne Lane
West Chicago, IL 60185

Tigrett Steel & Supply, Inc.
P.O. Box 107
Tupelo, MS 38802-0107

Town of Sherman, Mississippi
P.O. Drawer 397
Sherman, MS 38869

Weatherall's, Inc.
P.O. Drawer 87
Tupelo, MS 38802

W. M. Burnett Truck Line
P.O. Box 1055
Haleyville, AL 35565

689255

| | | |
|---|---|---|
| Delta Kunststoffe, Inc.<br>225 Peachtree Street, N.E., #506<br>Atlanta, GA 30303 | Orvill Corporation, Inc.<br>100 S. Schelter Road<br>Lincolnshire, IL 60069 | Ram Polymers<br>d/b/a/ Matrix Engineered Products<br>15000 U.S. Highway 41<br>North Evansville, IN 47725 |
| Underwood Machinery Transport<br>P.O. Box 977<br>Indianapolis, IN 46206 | Linde Gas, LLC<br>902 Rockefeller Avenue<br>Tupelo, MS 38801 | Stuart C. Irby Co.<br>P.O. Box 1819<br>Jackson, MS 39215-1819 |
| TRM Health Supplies, Inc.<br>P.O. Box 996<br>Tupelo, MS 38802 | GE Advanced Materials<br>9930 Kincey Avenue<br>Huntersville, NC 28078 | G. T. Smith<br>P.O. Box 18508<br>Greensboro, NC 27419-8508 |
| Industrial Lubricants, Inc.<br>816 E. Brooks Road<br>Memphis, TN 38116 | Thomas L. Skalmoski, Esq.<br>Weiss, Berzowski & Brady<br>700 N. Water Street, Ste. 1500<br>Milwaukee, WI 53202 | Air Power, Inc.<br>610 Robert E. Lee Drive<br>Tupelo, MS 38802 |
| Applied Industrial Technology<br>22510 Network Place<br>Chicago, IL 60673-1225 | Bell South –Advertising<br>P.O. Box 105852<br>Atlanta, GA 30348-5852 | Milacron Marketing<br>d/b/a Cinnati Milacron<br>P.O. Box 740440<br>Atlanta, GA 39374-0440 |
| Cintas Corporation<br>5425 Mineral Wells Road<br>Memphis, TN 38141 | Coast Gas<br>786 East Main Street<br>Tupelo, MS 38801-2824 | Commercial Stationary Company<br>723 Scooba Street<br>Hattiesburg, MS 39401 |
| Corporate Express<br>4575 Pleasant Hill, Suite 104<br>Memphis, TN 38118 | Crizaf Automation Systems<br>P.O. Box 590<br>Jackson Center, OH 45334-0590 | |
| DME Company<br>29111 Stephenson Highway<br>Madison Heights, MI 48077 | Fluid Power of Tupelo<br>P.O. Box 442<br>Belden, MS 38226-0442 | Franks, Franks and Jarrell<br>P.O. Box 731<br>Tupelo, MS 38802-0731 |
| Grinnell Fire Protection<br>6423 Shelby View Drive, Suite 107<br>Memphis, TN 38134 | Holox, Ltd.<br>965A Gloster Street<br>Tupelo, MS 38801 | Hughes Supply, Inc.<br>203 Elizabeth Street<br>Tupelo, MS 38801 |

689255

| | | |
|---|---|---|
| Hydro Hose<br>P.O. Box 737<br>Tupelo, MS 38802 | Ikon Office Solutions<br>6700 Sugarloaf Parkway<br>Duluth, GA 30097 | International Paper<br>1689 Solutions Center<br>Chicago, IL 60677-1006 |
| Pope S. Mallette, Esq.<br>Mayo Mallette, PLLC<br>P.O. Box 1456<br>Oxford, MS 38655 | Jacuzzi Brothers<br>Division of Jacuzzi, Inc.<br>P.O. Box 8903<br>Little Rock, AR 72219-8903 | J. J. Keller & Associates<br>3003 W. Breezewood Lane<br>Neenah, WI 54957-0548 |
| Labotex, Inc.<br>847 Holt Road<br>Webster, NY 14580 | Lanier Color Company, Inc.<br>P.O. Box 6455<br>Gainesville, GA 30504 | The Lilly Company<br>3613 Knight Arnold Road<br>Memphis, TN 38118 |
| Manulife Financial<br>P.O. Box 40<br>Buffalo, NY 14240-0040 | Martin Supply Company, Inc.<br>200 Appleton Avenue<br>Sheffield, AL 35660 | NAPA of Tupelo<br>d//b/a NPA Auto Parts<br>410 South Gloster<br>Tupelo, MS 38801 |
| Network Telephone<br>815 South Palafox Street<br>Pensacola, FL 32501 | Nexair, LLC<br>P.O. Box 2246<br>Tupelo, MS 38802 | |
| Nicholas Saw Service<br>1236 Nelle Street<br>Tupelo, MS 38801 | Nitojection Corp.<br>P.O. Box 998<br>Middlefield, OH 44062 | Ohio Shield, Inc.<br>P.O. Box 126<br>Wapakoneta, OH 45895-0126 |
| Pitney Bowes Credit Corp.<br>P.O. Box 5151<br>Shelton, CT 06484-5151 | Larry Joe Austin<br>Pontotoc County Tax Collector<br>11 East Washington Street<br>Pontotoc, MS 38863 | Quill Corporation<br>P.O. Box 94081<br>Palatine, IL 60094-4081 |
| Purchase Power<br>P.O. Box 856042<br>Louisville, KY 40285-6042 | Rex Supply Company<br>Dept. #587<br>P.O. Box 67000<br>Detroit, MI 48267 | Reynolds Bolt and Screw Co.<br>972 South Green Street<br>Tupelo, MS 38804 |
| Safety-Kleen Corp.<br>5400 Legacy Drive<br>Cluster II, Building 3<br>Plano, TX 75024 | Sherwin Williams<br>526 W. Main Street<br>Tupelo, MS 38804 | Spartech Polycom<br>7174 Collection Center Drive<br>Chicago, IL 60693 |

689255

| | | |
|---|---|---|
| Stericycle<br>28161 North Keith Drive<br>Lake Forest, IL 60045 | T. & L. Specialty<br>P.O. Box 2144<br>Tupelo, MS 38803 | United Fire Group<br>d/b/a Lafayette Insurance Co.<br>P.O. Box 53265<br>New Orleans, LA 70153-3265 |
| Waste Management of North Mississippi<br>P.O. Box 370<br>Belden, MS 38826 | Tri County Pest Control, Inc.<br>10935 Highway 9 North<br>Belden, MS 38826 | Tombigbee Electric Power Assoc.<br>c/o Mitchell, Voge, Beasley & Corban<br>P.O. Box 29<br>Tupelo, MS 38802-0029 |
| Baxter Company, Inc.<br>P.O. Box 5324<br>Greenville, MS 38702-5324 | Buckeye Vacuum Cleaner Supply<br>2870 Plant Atkinson Road<br>Smyrna, GA 30080 | Capital Bolt & Screw Company, Inc.<br>c/o Jerry W. Gibson<br>125 Ridgeland Plaza<br>Ridgeland, MS 39157 |
| Cingular Wireless<br>1001 Barnes Crossing<br>Box 125<br>Tupelo, MS 38804 | The Drawing Board<br>715 Stratford Avenue<br>Hagerstown, MD 21740 | Ellington Electronic Supply<br>P.O. Box 8489<br>1425 Terry Road<br>Jackson, MS 39204 |
| IBM<br>12493 Collections Center Drive<br>Chicago, IL 60693 | McMaster-Carr Supply Company<br>P.O. Box 740100<br>Atlanta, GA 30374-0100 | Mid-South Nursery, Inc.<br>339 S. Coley Road<br>Tupelo, MS 38801 |
| Milan Express Company, Inc.<br>1091 Kefauver Drive<br>Milan, TN 38358 | MS Manufacturing Association Workers Comp Group<br>P.O. Box 22607<br>Jackson, MS 39225-2607 | Nesco Electrical Equipment<br>2344 South Green Street<br>Tupelo, MS 38801 |
| Nickerson Machinery<br>10 Keith Hwy<br>Hingham, MA 02043 | Pontotoc Water & Gas<br>113 W. Reynolds<br>Pontotoc, MS 38863 | Pyramid Pallet<br>d/b/a Raymor Wood<br>P.O. Box 183<br>Raynor, TN 38367 |
| Rutledge Printing Company<br>P.O. Box 29<br>New Albany, MS 38652 | Sears Commercial One<br>P.O. Box 689132<br>Des Moines, IA 50368-9132 | Toyota Motor Credit Corp.<br>P.O. Box 3457<br>Torrance, CA 90510 |
| Transtech America, Inc.<br>475 N. Gray Avenue<br>Carol Stream, IL 60188-4900 | Tech Solutions, Inc.<br>1020 South GlosterPMB 113<br>Tupelo, MS 38804 | Tupelo Hardware Company<br>P.O. Box 1040<br>Tupelo, MS 38802 |

689255

| | | |
|---|---|---|
| Tupelo Rubber & Gasket Company<br>P.O. Box 1159<br>Tupelo, MS 38801 | Tupelo Pallet Company<br>1896 Nelle Street<br>Tupelo, MS 38801 | Underwood Machinery Transport<br>P.O. Box 977<br>Indianapolis, IN 46206-0977 |
| MSC Industrial Supply<br>75 Maxess Road<br>Melville, NY 11747 | David Blaylock, Esq.<br>Glankler Brown<br>1700 One Commerce Square<br>Memphis, TN 38103 | United Parcel Service<br>Lock box 577<br>Carol Stream, IL 60132 |
| | Thomas C. Bigley, Jr.<br>P.O. Box 310<br>Columbus, IN 47202-0310<br>Attorney for Defendant Georg Utz<br>  Holding AG, a/k/a Georg Utz, Inc. | Thomas M. McElroy, Esq.<br>P.O. Box 1450<br>Tupelo, MS 38802 |

This the 10th day of March, 2005

                                                            s/William C. Murphree
                                                            WILLIAM C. MURPHREE

689255