**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BANCORPSOUTH BANK, AS ESCROW AGENT**            **PLAINTIFF**

**V.**            **NO.3:05-cv-0009-MPM-JAD**

**ADVANCED PLASTICS, INC., ET AL**            **DEFENDANTS**

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ADVANCED PLASTICS, INC.**

COMES NOW the Defendant Advanced Plastics, Inc., and files its Corporate Disclosure Statement pursuant to Local Rule 10.1 of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi. The Defendant Advanced Plastics, Inc. would show as follows:

1.     Advanced Plastics, Inc. is a privately owned corporation;

2.     Advanced Plastics, Inc. has no parent corporations;

3.     The stock of Advanced Plastics, Inc. is not publicly traded;

4.     No publicly held company owns 10 percent or more of the stock of Advanced Plastics, Inc.

DATED this the 22nd day of March, 2005.

           **ADVANCED PLASTICS, INC., Defendant**

           **By:**    /s/ William C. Murphree
                         **ALBERT DELGADILLO**
                         Mississippi Bar No. 6035
                         **WILLIAM C. MURPHREE**
                         Mississippi Bar No. 3661

690584

OF COUNSEL:
MITCHELL, MCNUTT & SAMS, P.A.
ATTORNEYS AT LAW
105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802
(662) 842-3871

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the above and foregoing was served by deposit in United States mail, postage prepaid, on March 22nd, 2005, addressed to: J. David Hall, RILEY, CALDWELL, CORK & ALVIS, P.A., 207 Court Street, P.O. Box 1836, Tupelo, MS 38802-1836, Attorney for Plaintiff and the following Defendants either by US Mail or electronically:

Frederick Natale Salvo, III, Esq.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Boswell Industries
P.O. Box 128
Magee, MS 39111

Concept Mold, Inc.
569 Highway 6 West
Batesville, MS 38606

Edwin H. Priest, Esq.
Priest, Wise & Russell, PLLC
P.O. Box 46
Tupelo, MS 38802

FedEx Freight East
P.O. Box 840
Harrison, AR 72602-0840

Dennis S. Peters, Esq.
Henley, Lotterhost & Henley
P.O. Box 389
Jackson, MS 39205

Gary L. Carnathan, Esq.
Carnathan & Malski
P.O. Drawer 70
Tupelo, MS 38802

David Looney
d/b/a Dave's Lawn Service
226 Treeside Drive
Mooreville, MS 38857

Engel Machinery, Inc.
3740 Board Road
York, PA 17404

Ferro Corp.
1000 Lakeside Avenue
Cleveland, OH 44114

Bearing & Supply of Tupelo
837 Senter
Tupelo, MS 38801

Colors for Plastic, Inc.
2245 Pratt Blvd.
Elk Grove Village, IL 60007

Dow Chemical
2030 Willard H. Dow Center
Midland, MI 48674

George E. Dent, Esq.
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Filtroil
1147 River Road, Suite 2
Charlottesville, VA 222901

690584

Franklin Electro Fluid Co.
3854 Watman
Memphis, TN 38118

Hoerner Boxex, Inc.
P.O. Box 2382
Tupelo, MS 38803

Scott P. Zoppoth, Esq.
1800 Kentucky Home Life Building
239 S. 5th Street
Louisville, KY 40202

Midland Container
100 Willie Drive
Pearl, MS 39208

Newell Paper Company
P.O. Box 1278
Columbus, MS 39703

NYPLA Industrial Company
13875 East Live Oak Avenue
Irwindale, CA 91706

Penske Truck Leasing
P.O. Box 301
Reading, PA 19603

Prime Source
a/k/a Prime Source Bldg. Products
2115 E. Beltline Road
Carrollton, TX 75006

Sojitz Corporation of America
1211 Avenue of the Americas
New York, NY 10036

Great Southern Industries, Inc.
c/o Joe Russell, Jr.
1320 Boling Street
Jackson, MS 39209

IMS Company
10373 Stafford Road
Chagrin Falls, OH 44023-5296

The Matrix Group
15000 Highway 41 North
Evansville, TN 47725

Modern Personnel Services
P.O. Box 219
Olney, IL 62450

New South Polymers
5591 Chamblee Dunwoody Road,
Bldg 100, Suite 220
Dunwoody, GA 30338

Allyson R. Breeden, Esq.
Ziemer, Stayman, Weitzel &
Shoulders
P.O. Box 916
Evansville, IN 47706-0916

Plastic Process Equipment
8303 Corporate Park Drive
Macedonia, OH 44056

Simmons & Taylor Appliance &
  Antiques
P.O. Box 136
Sherman, MS 38869

Southern Components, Inc.
d/b/a Fibre Craft
P.O. Box 2365
Tupelo, MS 38803-2365

Henson Distributing Corp.
P.O. Box 999\
New Albany, MS 38652-0999

James Bennett
Industrial Machine & Fabrication
P.O Box 181242
Memphis, TN 38118-1242

McNeely Plastic Products
1111 Clinton Industrial Grive
Clinton, MS 39056

Monts Company
P.O. Box 647
Tupelo, MS 38802

Thomas D. Maxson, Esq.
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222

Lauri Hays Prather, Esq.
Martin, Tate, Morrow & Marston
6410 Poplar Avenue, Ste. 1000
Memphis, TN 38119-4843

Polyone Distribution Co.
909 Avenue South
Grand Prairie, TX 75050

Sun Plastech, Inc.
P.O. Box 6387
Parsippany, NJ 07054

690584

TEKNOR Color Company
a/k/a TEKNOR Apex Company
505 Central Avenue
Pawtucket, RI 02861

Thermal-Tech Systems, Inc.
750 Hawthorne Lane
West Chicago, IL 60185

Tigrett Steel & Supply, Inc.
P.O. Box 107
Tupelo, MS 38802-0107

Town of Sherman, Mississippi
P.O. Drawer 397
Sherman, MS 38869

Weatherall's, Inc.
P.O. Drawer 87
Tupelo, MS 38802

W. M. Burnett Truck Line
P.O. Box 1055
Haleyville, AL 35565

Delta Kunststoffe, Inc.
225 Peachtree Street, N.E., #506
Atlanta, GA 30303

Orvill Corporation, Inc.
100 S. Schelter Road
Lincolnshire, IL 60069

Ram Polymers
d/b/a/ Matrix Engineered Products
15000 U.S. Highway 41
North Evansville, IN 47725

Underwood Machinery Transport
P.O. Box 977
Indianapolis, IN 46206

Linde Gas, LLC
902 Rockefeller Avenue
Tupelo, MS 38801

Stuart C. Irby Co.
P.O. Box 1819
Jackson, MS 39215-1819

TRM Health Supplies, Inc.
P.O. Box 996
Tupelo, MS 38802

GE Advanced Materials
9930 Kincey Avenue
Huntersville, NC 28078

G. T. Smith
P.O. Box 18508
Greensboro, NC 27419-8508

Industrial Lubricants, Inc.
816 E. Brooks Road
Memphis, TN 38116

Thomas L. Skalmoski, Esq.
Weiss, Berzowski & Brady
700 N. Water Street, Ste. 1500
Milwaukee, WI 53202

Air Power, Inc.
610 Robert E. Lee Drive
Tupelo, MS 38802

Applied Industrial Technology
22510 Network Place
Chicago, IL 60673-1225

Bell South –Advertising
P.O. Box 105852
Atlanta, GA 30348-5852

Milacron Marketing
d/b/a Cinnati Milacron
P.O. Box 740440
Atlanta, GA 39374-0440

Cintas Corporation
5425 Mineral Wells Road
Memphis, TN 38141

Coast Gas
786 East Main Street
Tupelo, MS 38801-2824

Commercial Stationary Company
723 Scooba Street
Hattiesburg, MS 39401

Corporate Express
4575 Pleasant Hill, Suite 104
Memphis, TN 38118

Crizaf Automation Systems
P.O. Box 590
Jackson Center, OH 45334-0590

690584

| | | |
|---|---|---|
| DME Company<br>29111 Stephenson Highway<br>Madison Heights, MI 48077 | Fluid Power of Tupelo<br>P.O. Box 442<br>Belden, MS 38226-0442 | Franks, Franks and Jarrell<br>P.O. Box 731<br>Tupelo, MS 38802-0731 |
| Grinnell Fire Protection<br>6423 Shelby View Drive, Suite 107<br>Memphis, TN 38134 | Holox, Ltd.<br>902 Rockefeller Avenue<br>Tupelo, MS 38801-6429 | Hughes Supply, Inc.<br>203 Elizabeth Street<br>Tupelo, MS 38801 |
| Hydro Hose<br>P.O. Box 737<br>Tupelo, MS 38802 | Ikon Office Solutions<br>6700 Sugarloaf Parkway<br>Duluth, GA 30097 | International Paper<br>1689 Solutions Center<br>Chicago, IL 60677-1006 |
| Pope S. Mallette, Esq.<br>Mayo Mallette, PLLC<br>P.O. Box 1456<br>Oxford, MS 38655 | Jacuzzi Brothers<br>Division of Jacuzzi, Inc.<br>P.O. Box 8903<br>Little Rock, AR 72219-8903 | J. J. Keller & Associates<br>3003 W. Breezewood Lane<br>Neenah, WI 54957-0548 |
| Labotex, Inc.<br>847 Holt Road<br>Webster, NY 14580 | Lanier Color Company, Inc.<br>P.O. Box 6455<br>Gainesville, GA 30504 | The Lilly Company<br>3613 Knight Arnold Road<br>Memphis, TN 38118 |
| Manulife Financial<br>P.O. Box 40<br>Buffalo, NY 14240-0040 | Martin Supply Company, Inc.<br>200 Appleton Avenue<br>Sheffield, AL 35660 | NAPA of Tupelo<br>d//b/a NPA Auto Parts<br>410 South Gloster<br>Tupelo, MS 38801 |
| Network Telephone<br>815 South Palafox Street<br>Pensacola, FL 32501 | Nexair, LLC<br>P.O. Box 2246<br>Tupelo, MS 38802 | Jill L. Mandell, Esq.<br>Wolf, Block, Schorr, & Soliscohn, LLP<br>250 Park Avenue<br>New York, NY 10177 |
| Nicholas Saw Service<br>1236 Nelle Street<br>Tupelo, MS 38801 | Nitojection Corp.<br>P.O. Box 998<br>Middlefield, OH 44062 | Ohio Shield, Inc.<br>P.O. Box 126<br>Wapakoneta, OH 45895-0126 |
| Pitney Bowes Credit Corp.<br>P.O. Box 5151<br>Shelton, CT 06484-5151 | Larry Joe Austin<br>Pontotoc County Tax Collector<br>11 East Washington Street<br>Pontotoc, MS 38863 | Quill Corporation<br>P.O. Box 94081<br>Palatine, IL 60094-4081 |

690584

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Rex Supply Company
Dept. #587
P.O. Box 67000
Detroit, MI 48267

Reynolds Bolt and Screw Co.
972 South Green Street
Tupelo, MS 38804

Safety-Kleen Corp.
5400 Legacy Drive
Cluster II, Building 3
Plano, TX 75024

Sherwin Williams
526 W. Main Street
Tupelo, MS 38804

Spartech Polycom
7174 Collection Center Drive
Chicago, IL 60693

Stericycle
28161 North Keith Drive
Lake Forest, IL 60045

T. & L. Specialty
P.O. Box 2144
Tupelo, MS 38803

United Fire Group
d/b/a Lafayette Insurance Co.
P.O. Box 53265
New Orleans, LA 70153-3265

Waste Management of North Mississippi
P.O. Box 370
Belden, MS 38826

Tri County Pest Control, Inc.
10935 Highway 9 North
Belden, MS 38826

Scott Hendrix, Esq.
Mitchell, Voge, Beasley & Corban
P.O. Box 29
Tupelo, MS 38802-0029

Baxter Company, Inc.
P.O. Box 5324
Greenville, MS 38702-5324

Buckeye Vacuum Cleaner Supply
2870 Plant Atkinson Road
Smyrna, GA 30080

Capital Bolt & Screw Company, Inc.
c/o Jerry W. Gibson
125 Ridgeland Plaza
Ridgeland, MS 39157

Cingular Wireless
1001 Barnes Crossing
Box 125
Tupelo, MS 38804

The Drawing Board
715 Stratford Avenue
Hagerstown, MD 21740

Ellington Electronic Supply
P.O. Box 8489
1425 Terry Road
Jackson, MS 39204

IBM
12493 Collections Center Drive
Chicago, IL 60693

McMaster-Carr Supply Company
P.O. Box 740100
Atlanta, GA 30374-0100

Mid-South Nursery, Inc.
339 S. Coley Road
Tupelo, MS 38801

Milan Express Company, Inc.
1091 Kefauver Drive
Milan, TN 38358

MS Manufacturing Association
  Workers Comp Group
P.O. Box 22607
Jackson, MS 39225-2607

Nesco Electrical Equipment
2344 South Green Street
Tupelo, MS 38801

Nickerson Machinery
10 Keith Hwy
Hingham, MA 02043

Pontotoc Water & Gas
113 W. Reynolds
Pontotoc, MS 38863

Pyramid Pallet
d/b/a Raymor Wood
P.O. Box 183
Raynor, TN 38367

690584

| | | |
|---|---|---|
| Rutledge Printing Company<br>P.O. Box 29<br>New Albany, MS 38652 | Sears Commercial One<br>P.O. Box 689132<br>Des Moines, IA 50368-9132 | Toyota Motor Credit Corp.<br>P.O. Box 3457<br>Torrance, CA 90510 |
| Transtech America, Inc.<br>475 N. Gray Avenue<br>Carol Stream, IL 60188-4900 | Tech Solutions, Inc.<br>1020 South GlosterPMB 113<br>Tupelo, MS 38804 | Tupelo Hardware Company<br>P.O. Box 1040<br>Tupelo, MS 38802 |
| Tupelo Rubber & Gasket Company<br>P.O. Box 1159<br>Tupelo, MS 38801 | Tupelo Pallet Company<br>1896 Nelle Street<br>Tupelo, MS 38801 | Underwood Machinery Transport<br>P.O. Box 977<br>Indianapolis, IN 46206-0977 |
| MSC Industrial Supply<br>75 Maxess Road<br>Melville, NY 11747 | David Blaylock, Esq.<br>Glankler Brown<br>1700 One Commerce Square<br>Memphis, TN 38103 | United Parcel Service<br>Lock box 577<br>Carol Stream, IL 60132 |
| | Thomas C. Bigley, Jr.<br>P.O. Box 310<br>Columbus, IN 47202-0310<br>Attorney for Defendant Georg Utz<br>  Holding AG, a/k/a Georg Utz, Inc. | Thomas M. McElroy, Esq.<br>P.O. Box 1450<br>Tupelo, MS 38802 |

This the 22nd day of March, 2005

/s/William C. Murphree
WILLIAM C. MURPHREE

690584